United States District Court
Southern District of Texas
**FILED**

MAR 12 2019

David J. Bradley, Clerk

2

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. **M-19-405** |
| DANIEL ~~PUTSKA~~ PUSTKA also known as "DJ" | § § § | |

AMENDED By Order of JBL 4/5/19
~~SEALED~~ **INDICTMENT**

**THE GRAND JURY CHARGES:**

## Count One

On or about June 19, 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**DANIEL ~~PUTSKA~~ PUSTKA**
**also known as "DJ"**

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B).

## Count Two

On or about June 19, 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**DANIEL ~~PUTSKA~~ PUSTKA**
**also known as "DJ"**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 3.4 kilograms of a

mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY